IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY JOHNSTON**                                                                                          **PLAINTIFF**

v.                                              No: 4:20-cv-01129-LPR

**BILL GILKY**                                                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Jeremy Johnston's Complaint is dismissed without prejudice.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the judgment adopting this recommendation or the accompanying order would not be taken in good faith.

IT IS SO ADJUDGED 28th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE